IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| KYLE BUSH, ) | |
| ) | |
| Plaintiff, ) | Civ. No. 3:24-cv-00170-GCM-WCM |
| ) | |
| v. ) | |
| ) | |
| COMMISSIONER OF ) | |
| SOCIAL SECURITY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

**THIS MATTER** is before the Court through a motion by Plaintiff, Kyle Bush, for an award of attorney's fees, expenses, and costs pursuant to the Equal Access to Justice Act. Defendant has consented to that motion.

**IT IS HEREBY ORDERED** that Plaintiff, Kyle Bush, is awarded attorney fees in the amount of Four Thousand, Three Hundred and Sixty Dollars and 00/100 Cents ($4,360.00). Full or partial remittance of the EAJA award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

If Plaintiff has no outstanding federal debt, the Commissioner may honor any EAJA assignment that Plaintiff may provide and make the check payable to Plaintiff's counsel. However, if Plaintiff has an outstanding federal debt, the Commissioner will make the check payable to Plaintiff directly and deliver the check to the business address of Plaintiff's counsel. The amount of EAJA award payable to Plaintiff will be the balance of EAJA award remaining after subtracting the amount of Plaintiff's outstanding federal debt. This award will be paid directly to Plaintiff, Kyle Bush, and sent to the business address of Plaintiff's counsel. If Plaintiff's outstanding federal debt exceeds the amount of the EAJA award approved pursuant to the Order, the amount of the

EAJA award will be used to offset Plaintiff's federal debt and no EAJA award shall be paid.

Signed: October 7, 2024

Graham C. Mullen
United States District Judge